IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIMON KENT,

                ORDER

      Plaintiff,

                08-C-142-bbc

ENOCH JOHNBULL,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On November 26, 2007, plaintiff Simon Kent filed this action against Enoch Johnbull, an employee of the United States Internal Revenue Service, in the Small Claims Court of the Barron County Circuit Court in the State of Wisconsin. Plaintiff seeks money damages relating to an Internal Revenue Service audit. Defendant removed the case to this court on March 12, 2008, pursuant to 28 U.S.C. §1442(a)(1), because the defendant is an officer of the United States.

Now defendant moves for an extension of time until May 12, 2008 to file an answer. The motion is GRANTED. Defendant may have until May 12, 2008 in which to file an

answer.

Entered this 21st day of March, 2008..

BY THE COURT:
/s/

_____
BARBARA B. CRABB
District Judge

2